United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WALLACE,
        Plaintiff,

v.

ANDREW SAUL,
        Defendant.

Case No. 20-cv-07770-DMR

**ORDER TO SHOW CAUSE**

Plaintiff filed a motion for summary judgment on July 19, 2021. Pursuant to a court order, Defendant's response was due by October 15, 2021. [Docket No. 26.] No such response has been filed. <u>Defendant is ordered to respond by October 25, 2021 and show cause for the failure to respond to the motion</u> pursuant to the court's order or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Defendant does not respond by October 25, 2021, Plaintiff's motion may be granted.

**IT IS SO ORDERED.**

Dated: October 21, 2021



Donna M. Ryu
United States Magistrate Judge